WOOTEN v. NATIONWIDE MUTUAL INS. CO.

No. 91P83.

Case below: 60 N.C. App. 268.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 May 1983.